IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **SLOAN HAMIL**, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 22-00366-KD-B |
| | ) |
| **ACTS RETIREMENT-LIFE COMMUNITIES, INC., PRESBYTERIAN RETIREMENT CORPORATION, INC.,** and **WESTMINSTER VILLAGE,** | ) ) ) ) ) ) |
| Defendants. | ) |

## **ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated August 31, 2023 (doc. 28) is ADOPTED as the opinion of this Court.

Accordingly, Defendants Acts Retirement-Life Communities, Inc., Presbyterian Retirement Corporation, Inc., and Westminster Village's motion to dismiss is granted as to Counts II through XV and those Counts are dismissed. The motion is denied as to Count I, alleging religious discrimination under Title VII, 42 U.S.C. § 2000e, *et seq.*, for failure to accommodate.

DONE and ORDERED this 21st day of September 2023.

    s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE