IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SLOAN HAMIL, et al., ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION No. 22-00366-KD-B |
| ) | |
| ACTS RETIREMENT-LIFE ) | |
| COMMUNITIES INC., et al., ) | |
|     Defendants. ) | |

## JUDGMENT

In accordance with the Order entered February 26, 2025, it is **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Defendants Acts Retirement-Life Communities, Inc., Presbyterian Retirement Corporation, Inc., Westminster Village and against Plaintiffs Sloan Hamil, Jennifer Sigley, Katherine Lott Howerin, and Tina Wolfe.

**DONE** this **26th** day of **February 2025.**

                                                    /s/Kristi K. DuBose
                                                    **KRISTI K. DuBOSE**
                                                    **UNITED STATES DISTRICT JUDGE**